FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 6 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____

DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) 2:10-CR-287-GMN-(VCF) |
| VINSON KELLOW, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on January 3, 2012, that VINSON KELLOW, shall pay a criminal forfeiture money judgment of $189,462.10 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Preliminary Order of Forfeiture, ECF No. 107.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from VINSON KELLOW, a criminal forfeiture money judgment in the amount of $189,462.10 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _2 6_ day of _April_ , 2013.

_____
UNITED STATES DISTRICT JUDGE