RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Vinson Kellow

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINSON KELLOW,<br><br>Defendant. | Case No. 2:10-cr-00287-GMN-VCF-3<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

It is stipulated and agreed to by United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Daniel J. Cowhig, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for Defendant Vinson Kellow, that the Revocation Hearing currently scheduled on February 27, 2019, be vacated and continued to April 4, 2019, at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. On January 25, 2019, Mr. Kellow made his initial appearance on a Petition alleging a violation of supervised release. ECF No. 356. Mr. Kellow was released on a personal recognizance bond subject to his supervised release conditions. *Id.*

2. The final revocation hearing was set for February 12, 2019, and then rescheduled to February 27, 2019 at 9:00 a.m. ECF Nos. 356, 363.

1       3.     The allegation listed in Mr. Kellow's Petition concerns a state court charge. Mr. Kellow has a preliminary hearing in that state court case on February 27, 2019, at 9:30 a.m. Consequently, counsel asks this Court for additional time to allow the preliminary hearing and the state court matter to proceed first.

      4.     Mr. Kellow is at liberty and agrees with the need for the continuance.

      5.     The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of February, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINSON KELLOW,<br><br>　　　　Defendant. | Case No. 2:10-cr-00287-GMN-VCF-3<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the final revocation hearing currently scheduled for Wednesday, February 27, 2019, at 10:00 a.m., be vacated and continued to April 4, 2019, at 9:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

　　DATED this 27 day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE